# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D19-0517

———————————————

MAURICE LASHAWN MANNING,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

———————————————

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

August 5, 2019

PER CURIAM.

The petition alleging ineffective assistance of appellate counsel is denied on the merits.

RAY, C.J., and KELSEY and WINOKUR, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Maurice Lashawn Manning, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.